Michael Tiliakos
Duane Morris LLP
1540 Broadway
New York, New York 10036
Phone: (212) 692-1045
Fax: (212) 202-6231
Email: mtiliakos@duanemorris.com
*Attorneys for BB One Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDUARDO OLVERA, DELFINO OLVERA, PRISCO SORIANO, FERNANDO PERALTA AND MODESTO PERALTA, individually and on behalf of other similarly situated,<br><br>     Plaintiffs,<br><br>     -v-<br><br>BAREBURGER GROUP LLC, BAREBURGER INC., EAST 87 BURGERS LLC (d/b/a 1681 FIRST AVENUE BAREBURGER), EAST SIDE BURGERS LLC (d/b/a 1370 FIRST AVENUE BAREBURGER), BAREBURGER EAST SIDE LLC (d/b/a BAREBURGER), BB ONE LLC (d/b/a THIRD AVENUE BAREBURGER) EURIPIDES PELEKANOS, GEORGIOS RODAS, JOSEPH BUSUTTIL, PANTELIS TZANDAKIS, PETROS TZANIDAKIS, GEORGIOS TZANIDAKIS, JOHN KAPSALIS, NICK MAROLACHAKIS, NIKOLAOS GALANIS, VLASY VOINOVICH, and DIMITRIOS KOSMIDIS.<br><br>     Defendants. | Case No. 14-CV-1372 (PAE)<br><br>**NOTICE OF APPEARANCE** |

**MICHAEL TILIAKOS** hereby enters his appearance on behalf of BB One LLC, Nick Marolachakis, Nikolaos Galanis, Vlasy Voinovich and Dimitrios Kosmidis (the "BB One Defendants")..

Dated: New York, New York

  March 24, 2014        DUANE MORRIS LLP

              By: /s/ Michael Tiliakos
              Michael Tiliakos
              1540 Broadway
              New York, New York 10036
              Phone: (212) 692-1045
              Fax: (212) 202-6231
              Email: mtiliakos@duanemorris.com
              *Attorneys for BB One Defendants*