Evangelos Michailidis
Duane Morris LLP
1540 Broadway
New York, New York 10036
Phone: (212) 471-1864
Fax: (212) 214-0650
Email: emichailidis@duanemorris.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDUARDO OLVERA, DELFINO OLVERA, PRISCO SORIANO, FERNANDO PERALTA AND MODESTO PERALTA, individually and on behalf of other similarly situated, <br><br> Plaintiffs, <br><br> -v- <br><br> BAREBURGER GROUP LLC, BAREBURGER INC., EAST 87 BURGERS LLC (d/b/a 1681 FIRST AVENUE BAREBURGER), EAST SIDE BURGERS LLC (d/b/a 1370 FIRST AVENUE BAREBURGER), BAREBURGER EAST SIDE LLC (d/b/a BAREBURGER), BB ONE LLC (d/b/a THIRD AVENUE BAREBURGER) EURIPIDES PELEKANOS, GEORGIOS RODAS, JOSEPH BUSUTTIL, PANTELIS TZANDAKIS, PETROS TZANIDAKIS, GEORGIOS TZANIDAKIS, JOHN KAPSALIS, NICK MAROLACHAKIS, NIKOLAOS GALANIS, VLASY VOINOVICH, and DIMITRIOS KOSMIDIS. <br><br> Defendants. | Case No. 14-CV-1372 (PAE) <br><br> **NOTICE OF APPEARANCE** |

**EVANGELOS MICHAILIDIS** hereby enters his appearance on behalf of BB One LLC, Nick Marolachakis, Nikolaos Galanis, Vlasy Voinovich and Dimitrios Kosmidis (the "BB One Defendants")..

Dated: New York, New York
     March 24, 2014

DUANE MORRIS LLP

By: /s/ Evangelos Michailidis
Evangelos Michailidis
1540 Broadway
New York, New York 10036
Phone: (212) 471-1864
Fax: (212) 214-0650
Email: emichailidis@duanemorris.com
*Attorneys for BB One Defendants*