UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DUARDO OLVERA, DELFINO OLVERA,
PRISCO SORIANO, FERNANDO PERALTA,
AND MODESTO PERALTA, *individually and
on behalf of others similarly situated,*

                  *Plaintiffs,*

      - against -

BAREBURGER GROUP LLC, BAREBURGER INC.,
EAST 87 BURGERS LLC, (d/b/a 1681 FIRST
AVENUE BAREBURGER), EAST SIDE BURGERS
LLC (d/b/a 1370 FIRST AVENUE BAREBURGER),
BAREBURGER EAST SIDE LLC,
(d/b/a BAREBURGER), BB ONE LLC
(d/b/a THIRD AVENUE BAREBURGER),
EURIPIDES PELEKANOS, GEORGIOS RODAS,
JOSEPH BUSUTTIL, PANTELIS TZANIDAKIS,
PETROSTZANIDAKIS, GEORGIOS TZANIDAKIS,
JOHN KAPSALIS, NICK MAROLACHAKIS,
NIKOLAOS GALANIS, VLASY VOINOVICH,
AND DIMITRIOS KOSMIDIS,

                  *Defendants.*
------------------------------------------------------------------X

No. 14-cv-1372 (PAE)

**RULE 7.1 DISCLOSURE STATEMENT**

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification and recusal, the undersigned counsel for Defendants Bareburger Group, LLC and Bareburger, Inc., certifies that Bareburger Group LLC and Bareburger Inc., have no parent corporations, nor are they owned in any part by a publicly held corporation.

Dated:  Queens, New York
       April 21, 2014

**Acquista & Associates, PC**

By: s/ Salvatore J. Acquista
Salvatore J. Acquista (SA-1331)
32-75 Steinway St., Suite 211
Astoria, New York 11103
Tel: 718.274.1010
Fax: 718.274.1077
Email: sacquista@acquistalaw.com
*Attorneys for Bareburger Group, LLC,*
*Bareburger, Inc., Euripides Pelkanos*
*and Georgios Rodas*

## CERTIFICATE OF SERVICE

I, Salvatore J. Acquista, hereby certify that on April 21, 2014, a true and correct copy of foregoing RULE 7.1 DISCLOSURE STATEMENT was served electronically via the Court's ECF System upon the below attorneys, and that it is available for viewing and downloading from the ECF System.

Duane Morris LLP
*Attorneys for Defendants, BB One LLC,*
*Nick Marolachakis, Nikolaos Galanis, Vlasy Voinovich*
*And Dimitrios Kosmidis*
1540 Broadway
New York, New York 10036
Attn: Evan Michailidis, Esq.

Steven D. Hans & Associates, P.C.
*Attorneys for East 87 Burgers LLC, East Side Burgers LLC*
*Joseph Busuttil, Pantelis Tzanidakis, Petros Tzanidakis,*
*Georgios Tzanidakis and John Kapsalis*
41-18 Court Square, Suite 403
Long Island City, New York 11101
Attn: Stephen D. Hans, Esq.

Michael Faillance & Associates, P.C.
*Attorney for Plaintiffs*
60 East 42nd Street, Suite 2020
New York, New York 10165
Attn: Michael Faillance, Esq.

           s/ Salvatore J. Acquista
           Salvatore J. Acquista (SA-1331)
           32-75 Steinway St., Suite 211
           Astoria, New York 11103
           Tel: 718.274.1010
           Fax: 718.274.1077
           Email: sacquista@acquistalaw.com