UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/14
```

EDUARDO OLVERA, DELFINO OLVERA, PRISCO SORIANO, FERNANDO PERALTA AND MODESTO PERALTA, individually and on behalf of other similarly situated,

   Plaintiffs,

v.

BAREBURGER GROUP LLC, BAREBURGER INC., EAST 87 BURGERS LLC (d/b/a 1681 FIRST AVENUE BAREBURGER), EAST SIDE BURGERS LLC (d/b/a 1370 FIRST AVENUE BAREBURGER), BAREBURGER EAST SIDE LLC (d/b/a BAREBURGER), BB ONE LLC (d/b/a THIRD AVENUE BAREBURGER), EURIPIDES PELEKANOS, GEORGIOS RODAS, JOSEPH BUSUTTIL, PANTELIS TZANDAKIS, PETROS TZANIDAKIS, GEORGIOS TZANIDAKIS, JOHN KAPSALIS, NICK MAROLACHAKIS, NIKOLAOS GALANIS, VLASY VOINOVICH, and DIMITRIOS KOSMIDIS, ,

   Defendants.

CIVIL ACTION NO.
14 CV 1372 (PAE)

**STIPULATION**

**IT IS HEREBY STIPULATED** between Plaintiffs Eduardo Olvera, Prisco Soriano, Fernando Peralta and Modesto Peralta (the "Plaintiffs") and Defendants BB One LLC, Nick Marolachakis, Nikolaos Galanis, Vlasy Voinovich and Dimitrios Kosmidis (the "BB One Defendants"), as follows:

1.   On March 21, 2014, the Parties entered into a Stipulation extending BB One Defendants' time to respond to the Complaint up to and including April 21, 2014.

2.   The Parties are actively exploring whether early resolution of this matter is feasible.

DM1\4541439.1

3. The Parties believe that it is within the interest of judicial economy to extend BB One Defendants' time to respond to the Complaint an additional one week to April 28, 2014.

4. As stated in the first Stipulation (ECF #7), BB One Defendants waive any objections to service of the Summons and Complaint but expressly reserve all other defenses that may be available to them.

5. This Stipulation may be executed in counterparts. Signatures transmitted by facsimile or other electronic means shall be treated as original signatures.

Dated: April 21, 2014
       New York, New York

| MICHAEL FAILLACE & ASSOCIATES, P.C. | DUANE MORRIS LLP |
|---|---|
| By: _____ | By: _____ |
| Michael A. Faillace | Michael Tiliakos |
| Lina Franco | Evangelos Michailidis |
| 60 East 42nd Street, Suite 2020 | 1540 Broadway |
| New York, New York 10165 | New York, NY 10036 |
| Phone: (212) 317-1200 | Phone: (212) 692-1000 |
| Fax: (212) 317-1620 | Fax: (212) 214-0650 |
| *Attorneys for Plaintiffs* | *Attorneys for BB One Defendants* |

Granted.   4/22/14

So Ordered: ___Paul A. Engelmayer___
               U.S. District Judge

2