UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDUARDO OLVERA, DELFINO OLVERA,
PRISCO SORIANO, FERNANDO PERALTA
AND MODESTO PERALTA, individually and on
behalf of other similarly situated,

           Plaintiffs,

v.

BAREBURGER GROUP LLC, BAREBURGER
INC., EAST 87 BURGERS LLC (d/b/a 1681 FIRST
AVENUE BAREBURGER), EAST SIDE
BURGERS LLC (d/b/a 1370 FIRST AVENUE
BAREBURGER), BAREBURGER EAST SIDE
LLC (d/b/a BAREBURGER), BB ONE LLC (d/b/a
THIRD AVENUE BAREBURGER), EURIPIDES
PELEKANOS, GEORGIOS RODAS, JOSEPH
BUSUTTIL, PANTELIS TZANDAKIS, PETROS
TZANIDAKIS, GEORGIOS TZANIDAKIS, JOHN
KAPSALIS, NICK MAROLACHAKIS,
NIKOLAOS GALANIS, VLASY VOINOVICH,
and DIMITRIOS KOSMIDIS,

           Defendants.

CIVIL ACTION NO.
14 CV 1372 (PAE)

**STIPULATION OF
DISCONTINUANCE**

---

**IT IS HEREBY STIPULATED** between Plaintiffs Eduardo Olvera, Prisco Soriano, Fernando Peralta and Modesto Peralta (the "Plaintiffs") and Defendants BB One LLC, Nick Marolachakis, Nikolaos Galanis, Vlasy Voinovich and Dimitrios Kosmidis (the "BB One Defendants"), as follows:

    1.    None of the parties to this Stipulation being an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party to this action having an interest in the subject matter of this action, all claims in the above-captioned action against the BB One Defendants are dismissed with prejudice.

2.	This Stipulation may be executed in counterparts. Signatures transmitted by facsimile or other electronic means shall be treated as original signatures.

Dated: April ___, 2014
       New York, New York

| MICHAEL FAILLACE & ASSOCIATES, P.C. | DUANE MORRIS LLP |
|---|---|
| By: _____ | By: _____ |
| Michael A. Faillace | Michael Tiliakos |
| Lina Franco | Evangelos Michailidis |
| 60 East 42nd Street, Suite 2020 | 1540 Broadway |
| New York, New York 10165 | New York, NY 10036 |
| Phone: (212) 317-1200 | Phone: (212) 692-1000 |
| Fax: (212) 317-1620 | Fax: (212) 214-0650 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for BB One Defendants* |

So Ordered: _____
            U.S. District Judge

H:\Bareburger - Stipulation of Dismissal.docx