UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/2014
```

EDUARDO OLVERA, DELFINO OLVERA, PRISCO SORIANO, FERNANDO PERALTA AND MODESTO PERALTA, individually and on behalf of other similarly situated,

    Plaintiffs,

v.

BAREBURGER GROUP LLC, BAREBURGER INC., EAST 87 BURGERS LLC (d/b/a 1681 FIRST AVENUE BAREBURGER), EAST SIDE BURGERS LLC (d/b/a 1370 FIRST AVENUE BAREBURGER), BAREBURGER EAST SIDE LLC (d/b/a BAREBURGER), BB ONE LLC (d/b/a THIRD AVENUE BAREBURGER), EURIPIDES PELEKANOS, GEORGIOS RODAS, JOSEPH BUSUTTIL, PANTELIS TZANDAKIS, PETROS TZANIDAKIS, GEORGIOS TZANIDAKIS, JOHN KAPSALIS, NICK MAROLACHAKIS, NIKOLAOS GALANIS, VLASY VOINOVICH, and DIMITRIOS KOSMIDIS,

    Defendants.

CIVIL ACTION NO.
14 CV 1372 (PAE)

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED** between Plaintiffs Eduardo Olvera, Prisco Soriano, Fernando Peralta and Modesto Peralta (the "Plaintiffs") and Defendants BB One LLC, Nick Marolachakis, Nikolaos Galanis, Vlasy Voinovich and Dimitrios Kosmidis (the "BB One Defendants"), as follows:

1. None of the parties to this Stipulation being an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party to this action having an interest in the subject matter of this action, all claims in the above-captioned action against the BB One Defendants are dismissed with prejudice.

2. This Stipulation may be executed in counterparts. Signatures transmitted by facsimile or other electronic means shall be treated as original signatures.

Dated: April ___, 2014
      New York, New York

MICHAEL FAILLACE & ASSOCIATES, P.C.

By: _____
Michael A. Faillace
Lina Franco
60 East 42nd Street, Suite 2020
New York, New York 10165
Phone: (212) 317-1200
Fax: (212) 317-1620

*Attorneys for Plaintiffs*

DUANE MORRIS LLP

By: _____
Michael Tiliakos
Evangelos Michailidis
1540 Broadway
New York, NY 10036
Phone: (212) 692-1000
Fax: (212) 214-0650

*Attorneys for BB One Defendants*

4/29/14

So Ordered: __Paul A. Engelmayer__
              U.S. District Judge

2

H:\Bareburger - Stipulation of Dismissal.docx