UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
EDUARDO OLVERA, DELFINO OLVERA,
FERNANDO PERALTA AND MODESTO           14-cv-1372
PERALTA, *individually and on behalf of
others similarly situated,*

                      *Plaintiffs*,           CERTIFICATE OF SERVICE OF
                                      COURT ORDER

       -against-

BAREBURGER GROUP LLC,
BAREBURGER INC., EAST 87 BURGERS
LLC (d/b/a 1681 FIRST AVENUE
BAREBURGER), EAST SIDE BURGERS
LLC (d/b/a 1370 FIRST AVENUE
BAREBURGER), BAREBURGER EAST
SIDE LLC (d/b/a BAREBURGER),
EURIPIDES PELEKANOS, GEORGIOS
RODAS, JOSEPH BUSUTTIL, PANTELIS
TZANIDAKIS, PETROS TZANIDAKIS,
GEORGIOS TZANIDAKIS, JOHN
KAPSALIS,

                      *Defendants.*
-------------------------------------------------------X

      I, Shawn Clark, an attorney duly licensed to practice in this Court, hereby certify that on July 15, 2014, I caused to be served upon:

                      Salvatore Joseph Acquista
                      Acquista & Associates, PC
                      32-75 Steinway St.
                      Astoria, NY 11103

                      Stephen D. Hans
            Stephen D. Hans & Associates, P.C(LIC)
                      45-18 Court Square
                      Ste. 403
                      Long Island City, NY 11101

the Notice of Initial Pretrial Conference dated July 10, 2014, by mailing the same to the above named individuals by first class mail and by electronic mail.

Dated: New York, New York
      July 16, 2014

                                      MICHAEL FAILLACE & ASSOCIATES, P.C.

                                      By: /s/SHAWN CLARK
                                          Shawn Clark
                                          60 East 42nd Street, Suite 2020
                                          New York, New York 10165
                                          (212) 317-1200
                                          *Attorneys for Plaintiffs*