AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Olvera et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 14-cv-1372 (PAE |
| Bareburger Group LLC et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALL PLAINTIFFS.

Date: 07/21/2014

/s/SHAWN CLARK
*Attorney's signature*

SC6015
*Printed name and bar number*

60 East 42nd Street, Suite 2020
New York, New York 10165
(212) 317-1200
*Address*

SClark@FaillaceLaw.com
*E-mail address*

(212) 317-1200
*Telephone number*

(212) 316-1620
*FAX number*