UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/25/14
```

------------------------------------------------------------x

Plaintiff,   Eduardo Olvera, et al.

-v-

Defendant.   Bareburger Group LLC, et al.

------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

14cv1372   (PAE ) (HBP )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☒ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

All such motions: _____

Plaintiff's counsel will contact the Magistrate Judge to schedule a settlement conference when both parties are ready.

*Do not check if already referred for general pretrial.

Dated July 24, 2014

SO ORDERED:

*/s/ Paul A. Engelmayer*
United States District Judge