# STEPHEN D. HANS & ASSOCIATES, P.C.
LABOR & EMPLOYMENT COUNSEL FOR OVER 30 YEARS

45-18 Court Square, Suite 403
Long Island City, New York 11101

T: 718.275.6700 • F: 718.275.6704

September 15, 2014

**VIA ECF**
Honorable Paul A. Englemayer
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2201
New York, NY 10007

Re: Eduardo Olvera, et al, v. Bareburger Group LLC, et al,
14 cv. 1372 (PAE)

Dear Judge Englemayer:

This office represents Defendants East 87 Burgers LLC (d/b/a 1681 First Avenue Bareburger), East Side Burgers LLC (d/b/a 1370 First Avenue Bareburger), Joseph Busuttil, Pantelis Tzanidakis, Petros Tzanidakis, George Tzanidakis and John Kapsalis in the above referenced matter.

George Tzanidakis is the General Manager of both Bareburger locations in question, and is the person with the foremost knowledge of the day to day happenings at the restaurants, as well as the circumstances surrounding the wages and payments of all Plaintiffs. He had intended to appear at the Settlement Conference scheduled for October 2, 2014 at 10:00 a.m. However, due to unforeseen family circumstances, Mr. Tzanidakis will be traveling to Greece to be with his family, leaving this week and returning on October 3, 2014.

In addition to Mr. Tzanidakis's impending absence, counsel for the Plaintiffs has recently filed an additional complaint with a new Plaintiff against the same Defendants named in this matter, entitled *Arnoldo Umul Serech v. Bareburger Group LLC, et al*, 14-cv-7181. Because all additional parties in this case were to be joined by August 24, 2014 as per the Case Management Plan, Plaintiff's counsel was not able to include this new Plaintiff in the current action. However, this firm will be seeking to consolidate these two actions per Federal Rule 42, as they share common issues of law and fact.

By reason of the foregoing, it would seem enormously prudent and productive if this Court would respectfully adjourn the Settlement Conference to a time after October 3, 2014. We would be amenable to the following dates: October 14, 2014; October 15, 2014; October 22, 2014; October 24, 2014; October 27, 2014. This firm is dedicated to this matter and feels that the Settlement Conference will be very productive in resolving this case. Should this request not be granted, we will ensure that a representative with proper authority be available at the Conference, as per the Court's order.

Respectfully yours,

_____/s/_____
STEPHEN D. HANS

Stephen D. Hans (SH-0798)
45-18 Court Square, Suite 403
Long Island City, New York 11101
Tel: 718.275.6700
Fax: 718.275.6704
Email: shans@hansassociates.com
*Attorneys for the Defendants*

CC: (By ECF)
Salvatore Joseph Acquista
Acquista & Associates, PC
32-75 Steinway St.
Astoria, NY 11103

Shawn Clark
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 2020
New York, New York 10165