# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 2020  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620

January 6, 2015

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2201
New York, NY 10007

Re:   Eduardo Olvera, et al, v. Bareburger Group LLC, et al,
      14 cv 1372 (PAE)

Your Honor:

This office represents Plaintiffs in the above-referenced matter. Plaintiffs write jointly with Defendants to notify the Court that the parties have reached a settlement in this matter. The parties anticipate submitting an executed stipulation of dismissal to Your Honor within the next seven (7) days. In light of the settlement the parties request that the remaining conferences and deadlines in this matter, including the case management conference scheduled for January 9, 2015, be adjourned *sine die*.

The parties thank the Court for its time and attention to this matter

Respectfully submitted,

/s/ Shawn Clark
Shawn Clark, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiffs*

CC: (Via ECF)
Salvatore Joseph Acquista
Acquista & Associates, PC
32-75 Steinway St.
Astoria, NY 11103

Stephen D. Hans
Stephen D. Hans & Associates, P.C.
45-18 Court Square
Ste. 403
Long Island City, NY 11101