# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 2020  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

January 6, 2015

**VIA ECF**  
Honorable Paul A. Engelmayer  
United States District Judge  
Thurgood Marshall  
United States Courthouse  
40 Foley Square, Room 2201  
New York, NY 10007

**MEMO ENDORSED**

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 1/7/2015

Re: Eduardo Olvera, et al, v. Bareburger Group LLC, et al,  
14 cv 1372 (PAE)

Your Honor:

This office represents Plaintiffs in the above-referenced matter. Plaintiffs write jointly with Defendants to notify the Court that the parties have reached a settlement in this matter. The parties anticipate submitting an executed stipulation of dismissal to Your Honor within the next seven (7) days. In light of the settlement the parties request that the remaining conferences and deadlines in this matter, including the case management conference scheduled for January 9, 2015, be adjourned *sine die*.

The parties thank the Court for its time and attention to this matter

Respectfully submitted,

/s/ Shawn Clark  
Shawn Clark, Esq.  
Michael Faillace & Associates, P.C.  
*Attorneys for Plaintiffs*

CC: (Via ECF)  
Salvatore Joseph Acquista  
Acquista & Associates, PC  
32-75 Steinway St.  
Astoria, NY 11103

Stephen D. Hans  
Stephen D. Hans & Associates, P.C.  
45-18 Court Square  
Ste. 403  
Long Island City, NY 11101

1/7/15

The Court adjourns the case conference that had been scheduled for January 9, 2015, and schedules the next case conference for January 22, 2015, at 10:00 a.m. In the event the Court receives settlement papers before then, the Court will likely adjourn this conference, too.

**SO ORDERED:**

Paul A. Engelmayer  
_____  
HON. PAUL A. ENGELMAYER  
UNITED STATES DISTRICT JUDGE