```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
EDUARDO OLVERA, et al., *individually and on behalf*              :
*of all others similarly situated*,                               :         14 Civ. 1372 (PAE)
                                                                  :
                                        Plaintiffs,               :         ORDER
                                                                  :
                -v-                                               :
                                                                  :
BAREBURGER GROUP LLC, et al.,                                     :
                                                                  :
                                        Defendants.               :
                                                                  :
------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict that has arisen, the Court hereby reschedules the case conference that had been scheduled for January 22, 2015, at 10 a.m. This conference is now scheduled for one day earlier—January 21, 2015, at 10 a.m. As indicated previously, *see* Dkt. 40, in the event the Court receives settlement papers before then, the Court will likely adjourn this conference.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 14, 2015
       New York, New York