USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDUARDO OLVERA, DELFINO OLVERA, FERNANDO PERALTA AND MODESTO PERALTA, *individually and on behalf of others similarly situated*,

　　　　　　　　　　*Plaintiffs*,

　　-against-

BAREBURGER GROUP LLC, BAREBURGER INC., EAST 87 BURGERS LLC (d/b/a 1681 FIRST AVENUE BAREBURGER), EAST SIDE BURGERS LLC (d/b/a 1370 FIRST AVENUE BAREBURGER), BAREBURGER EAST SIDE LLC (d/b/a BAREBURGER), EURIPIDES PELEKANOS, GEORGIOS RODAS, JOSEPH BUSUTTIL, PANTELIS TZANIDAKIS, PETROS TZANIDAKIS, GEORGIOS TZANIDAKIS, JOHN KAPSALIS,

　　　　　　　　　　*Defendants*.

EXHIBIT A

14-cv-1372

**STIPULATION OF DISCONTINUANCE**

　　IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that the Complaint and any and all claims that were or could have been asserted in this action by any party are hereby dismissed in their entirety, with prejudice, and with each party to bear its own costs, expenses, disbursements, and attorneys' fees.

Date:　New York, New York
　　　　___, 2014

_____
Stephen D. Hans
STEPHEN D. HANS & ASSOCIATES, P.C.
45-18 Court Square, Suite 403
Long Island City, New York 11101
*Attorneys for Franchisee Defendants*

_____
Salvatore J. Acquista, Esq.
ACQUISTA & ASSOCIATES, PC
32-75 Steinway St. Suite 211
Astoria, NY 11103
Tel. 718 274 1010
*Attorneys for Franchisor Defendants*

_____
Michael A. Faillace, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.
60 East 42nd. St. Suite 2020
New York, NY 10165
Tel.: 212.317.1200
*Attorneys for Plaintiffs*

SO ORDERED:　1/14/15

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE